# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| MELISSA FUCHS and ERIC FUCHS,<br><br>Plaintiffs,<br><br>vs.<br><br>OLD REPUBLIC INSURANCE COMPANY, GALLAGHER BASSETT SERVICES, INC., and JOHN DOES 1-3,<br><br>Defendants. | CV-19-47-BU-BMM<br><br><br>**ORDER** |

**IT IS HEREBY ORDERED** that Plaintiffs must submit a status report to the Court regarding (1) Defendant Old Republic Insurance Company's failure to appear; and (2) Plaintiffs' lack of response to Defendant Gallagher Bassett Services' Motion to Dismiss Counts One and Three (Doc. 5) on or before November 19, 2019.

DATED this 15th day of November, 2019.

_____
Brian Morris
United States District Court Judge

1