IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| MELISSA FUCHS and ERIC FUCHS,<br><br>Plaintiffs,<br><br>vs.<br><br>OLD REPUBLIC INSURANCE COMPANY, GALLAGHER BASSETT SERVICES, INC., and JOHN DOES 1-3,<br><br>Defendants. | Cause No: CV-19-47-BU-BMM<br><br>**ORDER GRANTING UNOPPOSED MOTION TO DISMISS WITH PREJUDICE** |

Upon Plaintiffs' Unopposed Motion to Dismiss With Prejudice and good cause appearing, it is HEREBY ORDERED that this action is dismissed, with prejudice, with each party to bear its own fees and costs.

DATED this 2nd day of December, 2019.

_____
Brian Morris
United States District Court Judge